**Order entered May 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01307-CR

### JOHN FRANCIS KENNEDY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 069725**

## ORDER

Before the Court is appellant's May 1, 2020 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **May 8, 2020**.

/s/    LANA MYERS
       JUSTICE